L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
WILLIAM ROSEBERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR. S-09-398 LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE THE |
| | ) | DATE FOR JUDGMENT AND |
| v. | ) | SENTENCING AND TO RESET |
| | ) | SCHEDULE FOR DISCLOSING |
| WILLIAM ROSEBERRY, | ) | THE PRE-SENTENCE REPORT |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, William Roseberry, by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Robert Tice-Raskin, that the date presently set for Judgment and Sentencing should be continued from December 8, 2009 at 9:15 a.m., to February 23, 2010 at 9:15 a.m. The Motion for correction of the Pre-Sentence Report and the Sentencing Memorandum shall be filed with the court no later than February 16, 2010. The Pre-Sentence Report shall be filed with the court no later than February 9, 2010. Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than February 2, 2010. The proposed Pre-Sentence Report shall be disclosed to counsel no later than January 19, 2010.

The reason for the continuance is that defense counsel needs additional time to submit information to the Probation Office and the Probation Officer needs additional time to prepare the Pre-Sentence Report. Mr. Tice-Raskin has authorized Bruce Locke to sign this pleading for him.

1

DATED: November 9, 2009                     /S/
                                        BRUCE LOCKE
                                        Attorney for William Roseberry


DATED: November 9, 2009                  /S/ Bruce Locke
                                        For ROBERT TICE-RASKIN
                                        Attorney for the United States


    IT IS SO ORDERED.


DATED:     November 17, 2009



_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT