L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
WILLIAM ROSEBERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR. S-09-398 LKK |
| Plaintiff, | |
| v. | STIPULATION TO CONTINUE THE DATE FOR JUDGMENT AND SENTENCING AND TO RESET SCHEDULE FOR DISCLOSING THE PRE-SENTENCE REPORT AND ORDER |
| WILLIAM ROSEBERRY, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, William Roseberry, by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Robert Tice-Raskin, that the date presently set for Judgment and Sentencing should be continued from February 23, 2010 at 9:15 a.m., to March 23, 2010 at 9:15 a.m. The Motion for correction of the Pre-Sentence Report and the Sentencing Memorandum shall be filed with the court no later than March 16, 2010. The Pre-Sentence Report shall be filed with the court no later than March 9, 2010. Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than March 2, 2010.

The reason for the continuance is that defense counsel needs additional time to submit information to the Probation Office. Mr. Tice-Raskin has authorized Bruce Locke to sign this pleading for him.

DATED: February 2, 2010            /S/ Bruce Locke
BRUCE LOCKE
Attorney for William Roseberry

DATED: Fepruary 2, 2010            /S/ Bruce Locke
For ROBERT TICE-RASKIN
Attorney for the United States

IT IS SO ORDERED.

DATED: February 4, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT