L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
WILLIAM ROSEBERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.   CR. S-09-398 LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE THE |
| | ) | DATE FOR JUDGMENT AND |
| v. | ) | SENTENCING AND TO RESET |
| | ) | SCHEDULE FOR DISCLOSING |
| WILLIAM ROSEBERRY, | ) | THE PRE-SENTENCE REPORT |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, William Roseberry, by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Robert Tice-Raskin, that the date presently set for Judgment and Sentencing should be continued from March 23, 2010 at 9:15 a.m., to April 27, 2010 at 9:15 a.m. The Motion for correction of the Pre-Sentence Report and the Sentencing Memorandum shall be filed with the court no later than April 20, 2010. The Pre-Sentence Report shall be filed with the court no later than April 13, 2010. Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than April 6, 2010.

The reason for the continuance is that defense counsel needs additional time to submit information to the Probation Office. Mr. Tice-Raskin has authorized Bruce Locke to sign this pleading for him.

1

DATED: March 1, 2010           /S/ Bruce Locke
                               BRUCE LOCKE
                               Attorney for William Roseberry


DATED: March 1, 2010           /S/ Bruce Locke
                               For ROBERT TICE-RASKIN
                               Attorney for the United States


    IT IS SO ORDERED.


DATED: March 2, 2010

                               _____
                               LAWRENCE K. KARLTON
                               SENIOR JUDGE
                               UNITED STATES DISTRICT COURT