1  L. BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 150
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   WILLIAM ROSEBERRY
5

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,    )    No.  CR. S-09-398 LKK
                                )
9              Plaintiff,       )
                                )    STIPULATION TO CONTINUE THE
10                              )    DATE FOR JUDGMENT AND
       v.                       )    SENTENCING AND TO RESET
11                              )    SCHEDULE FOR DISCLOSING
   WILLIAM ROSEBERRY,           )    THE PRE-SENTENCE REPORT
12                              )
               Defendants.      )
13 _____)

14    IT IS HEREBY STIPULATED AND AGREED between the defendant, William Roseberry,

15 by and through his defense counsel, Bruce Locke, and the United States of America by and through

16 its counsel, Assistant U.S. Attorney Robert Tice-Raskin, that the date presently set for Judgment and

17 Sentencing should be continued from April 27, 2010 at 9:15 a.m., to May 25, 2010 at 9:15 a.m. The

18 Motion for correction of the Pre-Sentence Report and the Sentencing Memorandum shall be filed

19 with the court no later than May 18, 2010. The Pre-Sentence Report shall be filed with the court no

20 later than May 11, 2010. Counsel's written objections to the Pre-Sentence Report shall be delivered

21 to the Probation Officer and opposing counsel no later than May 4, 2010.

22    The reason for the continuance is that the government is considering information that the

23 defendant has provided to it. Mr. Tice-Raskin has authorized Bruce Locke to sign this pleading for

24 him.

DATED: April 13, 2010                    /S/ Bruce Locke
                                         BRUCE LOCKE
                                         Attorney for William Roseberry


DATED: April 13, 2010                    /S/ Bruce Locke
                                         For ROBERT TICE-RASKIN
                                         Attorney for the United States


   IT IS SO ORDERED.


DATED: April 15, 2010

                                         _____
                                         LAWRENCE K. KARLTON
                                         SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT