L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
WILLIAM ROSEBERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR. S-09-398 LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE THE DATE FOR JUDGMENT AND SENTENCING AND TO RESET SCHEDULE FOR DISCLOSING THE PRE-SENTENCE REPORT |
| v. | ) | |
| WILLIAM ROSEBERRY, | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, William Roseberry, by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Robert Tice-Raskin, that the date presently set for Judgment and Sentencing should be continued from June 29, 2010 at 9:15 a.m., to July 27, 2010 at 9:15 a.m. The Motion for correction of the Pre-Sentence Report and the Sentencing Memorandum shall be filed with the court no later than July 20, 2010. The Pre-Sentence Report shall be filed with the court no later than July 13, 2010. Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than July 6, 2010.

The reason for the continuance is that the government is considering information that the defendant has provided to it. Mr. Tice-Raskin has authorized Bruce Locke to sign this pleading for him.

DATED: June 11, 2010                  /S/ Bruce Locke
                                      BRUCE LOCKE
                                      Attorney for William Roseberry

1

DATED: June 11, 2010                    /S/ Bruce Locke
                                        For ROBERT TICE-RASKIN
                                        Attorney for the United States

    IT IS SO ORDERED.

DATED: June 15, 2010

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2