1  L. BRUCE LOCKE (#177787)
   Moss & Locke
2  555 University Avenue, Suite 150
   Sacramento, CA 95825
3  (916) 569-0667
   (916) 569-0665 fax
4  Attorneys for
   WILLIAM ROSEBERRY
5

6                IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8  UNITED STATES OF AMERICA,        )   No.  CR. S-09-398 LKK
                                    )
9             Plaintiff,            )
                                    )   STIPULATION TO CONTINUE THE
10                                  )   DATE FOR JUDGMENT AND
       v.                           )   SENTENCING AND TO RESET
11                                  )   SCHEDULE FOR DISCLOSING
   WILLIAM ROSEBERRY,               )   THE PRE-SENTENCE REPORT
12                                  )
              Defendants.           )
13 _____)

14        IT IS HEREBY STIPULATED AND AGREED between the defendant, William Roseberry,

15 by and through his defense counsel, Bruce Locke, and the United States of America by and through

16 its counsel, Assistant U.S. Attorney Robert Tice-Raskin, that the date presently set for Judgment and

17 Sentencing should be continued from July 27, 2010 at 9:15 a.m., to August 31, 2010 at 9:15 a.m.

18 The Motion for correction of the Pre-Sentence Report and the Sentencing Memorandum shall be

19 filed with the court no later than August 24, 2010  The Pre-Sentence Report shall be filed with the

20 court no later than August 17, 2010.  Counsel's written objections to the Pre-Sentence Report shall

21 be delivered to the Probation Officer and opposing counsel no later than August 10, 2010.

22        The reason for the continuance is that the government is considering information that the

23 defendant has provided to it. Mr. Tice-Raskin has authorized Bruce Locke to sign this pleading for

24 him.

25

26 DATED: July 16, 2010                    _____/S/ Bruce Locke_____
                                           BRUCE LOCKE
27                                         Attorney for William Roseberry

28

29                                         1

DATED: July 16, 2010           /S/ Bruce Locke
                               For ROBERT TICE-RASKIN
                               Attorney for the United States

IT IS SO ORDERED.

DATED: July 19, 2010           /s/ Lawrence K. Karlton
                               LAWRENCE K. KARLTON
                               SENIOR JUDGE
                               UNITED STATES DISTRICT COURT