L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
WILLIAM ROSEBERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No.  CR. S-09-398 LKK |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE THE |
| ) | DATE FOR JUDGMENT AND |
| v. ) | SENTENCING AND TO RESET |
| ) | SCHEDULE FOR DISCLOSING |
| WILLIAM ROSEBERRY, ) | THE PRE-SENTENCE REPORT |
| ) | |
| Defendants. ) | |
| _____) | |

     IT IS HEREBY STIPULATED AND AGREED between the defendant, William Roseberry, by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Robert Tice-Raskin, that the date presently set for Judgment and Sentencing should be continued from August 31, 2010 at 9:15 a.m., to September 28, 2010 at 9:15 a.m.  The Motion for correction of the Pre-Sentence Report and the Sentencing Memorandum shall be filed with the court no later than September 21, 2010  The Pre-Sentence Report shall be filed with the court no later than September 14, 2010.  Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than Septembe4 7, 2010.

     The reason for the continuance is that the government is considering information that the defendant has provided to it. Mr. Tice-Raskin has authorized Bruce Locke to sign this pleading for him.

DATED: August 25, 2010                  /S/ Bruce Locke
                                                  BRUCE LOCKE
                                                  Attorney for William Roseberry

DATED: August 25, 2010                    /S/ Bruce Locke
                                          For ROBERT TICE-RASKIN
                                          Attorney for the United States

  IT IS SO ORDERED.

DATED: August 26, 2010

                                          _____
                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT