L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
WILLIAM ROSEBERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>WILLIAM ROSEBERRY,<br><br>           Defendants. | No.  CR. S-09-398 LKK<br><br>STIPULATION TO CONTINUE THE DATE FOR JUDGMENT AND SENTENCING AND TO RESET SCHEDULE FOR DISCLOSING THE PRE-SENTENCE REPORT |

IT IS HEREBY STIPULATED AND AGREED between the defendant, William Roseberry, by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Robert Tice-Raskin, that the date presently set for Judgment and Sentencing should be continued from November 9, 2010 at 9:15 a.m., to December 14, 2010 at 9:15 a.m. The Motion for correction of the Pre-Sentence Report and the Sentencing Memorandum shall be filed with the court no later than December 7, 2010. The Pre-Sentence Report shall be filed with the court no later than November 30, 2010. Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than November 23, 2010.

The reason for the continuance is that the government is considering information that the defendant has provided to it for purposes of determining whether the government can use Mr. Roseberry's assistance in this or another case.. Mr. Tice-Raskin has authorized Bruce Locke to sign this pleading for him.

//

//

1

1  DATED: October 27, 2010                          /S/ Bruce Locke
                                                   BRUCE LOCKE
2                                                  Attorney for William Roseberry

3

4

5

6

7  DATED: October 27, 2010                          /S/ Bruce Locke
                                                   For ROBERT TICE-RASKIN
8                                                  Attorney for the United States

9

10

11

12

13
           IT IS SO ORDERED.
14

15

16  DATED: October 27, 2010
                                                   /s/ Lawrence K. Karlton
17                                                 LAWRENCE K. KARLTON
                                                   SENIOR JUDGE
18                                                 UNITED STATES DISTRICT COURT

19

20

21

22

23

24

25

26

27

28

29                                         2