L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
WILLIAM ROSEBERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR. S-09-398 LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE THE |
| | ) | DATE FOR JUDGMENT AND |
| v. | ) | SENTENCING AND TO RESET |
| | ) | SCHEDULE FOR DISCLOSING |
| WILLIAM ROSEBERRY, | ) | THE PRE-SENTENCE REPORT |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, William Roseberry, by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Robert Tice-Raskin, that the date presently set for Judgment and Sentencing should be continued from January 19, 2011 at 9:15 a.m., to February 23, 2011 at 9:15 a.m. The Motion for correction of the Pre-Sentence Report and the Sentencing Memorandum shall be filed with the court no later than February 15, 2011. The Pre-Sentence Report shall be filed with the court no later than February 8, 2011. Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than February 1, 2011.

The reason for the continuance is that the government is considering information that the defendant has provided to it for purposes of determining whether the government can use Mr. Roseberry's assistance in this or another case.. Mr. Tice-Raskin has authorized Bruce Locke to sign this pleading for him.

DATED: January 12, 2011           /S/ Bruce Locke
                                  BRUCE LOCKE
                                  Attorney for William Roseberry

1

DATED: January 12, 2011

    /S/ Bruce Locke
For ROBERT TICE-RASKIN
Attorney for the United States

IT IS SO ORDERED.

DATED: January 14, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT