L. BRUCE LOCKE (#177787)
Moss & Locke
555 University Avenue, Suite 150
Sacramento, CA 95825
(916) 569-0667
(916) 569-0665 fax
Attorneys for
WILLIAM ROSEBERRY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.   CR. S-09-398 LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE THE |
| | ) | DATE FOR JUDGMENT AND |
| v. | ) | SENTENCING AND TO RESET |
| | ) | SCHEDULE FOR DISCLOSING |
| WILLIAM ROSEBERRY, | ) | THE PRE-SENTENCE REPORT |
| | ) | |
| Defendants. | ) | |

IT IS HEREBY STIPULATED AND AGREED between the defendant, William Roseberry, by and through his defense counsel, Bruce Locke, and the United States of America by and through its counsel, Assistant U.S. Attorney Robert Tice-Raskin, that the date presently set for Judgment and Sentencing should be continued from March 1, 2011 at 9:15 a.m., to March 29, 2011 at 9:15 a.m. The Motion for correction of the Pre-Sentence Report and the Sentencing Memorandum shall be filed with the court no later than March 22, 2011.  The Pre-Sentence Report shall be filed with the court no later than March 15, 2011.  Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than March 8, 2011.

The reason for the continuance is that the government is considering information that the defendant has provided to it for purposes of determining whether the government can use Mr. Roseberry's assistance in this or another case.. Mr. Tice-Raskin has authorized Bruce Locke to sign this pleading for him.

DATED: February 15, 2011             /S/ Bruce Locke
                                      BRUCE LOCKE
                                      Attorney for William Roseberry

1

DATED: February 15, 2011    /S/ Bruce Locke
　　　　　　　　　　　　　　For ROBERT TICE-RASKIN
　　　　　　　　　　　　　　Attorney for the United States

IT IS SO ORDERED.

DATED: February 15, 2011

　　　　　　　　　　　　　　LAWRENCE K. KARLTON
　　　　　　　　　　　　　　SENIOR JUDGE
　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT